UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

FELIPE RAMIREZ-FERRER,          *
    Petitioner,             *
                            *
      v.                  *         CIVIL NO. 97-2570(PG)
                            *
UNITED STATES OF AMERICA,       *
    Respondent.             *

## J U D G M E N T

On June 30, 2000 the Court entered an order approving and adopting the Magistrate-Judge's report and recommendation issued on February 26, 1999.

THEREFORE, it is hereby **ORDERED and ADJUDGED** that Felipe Ramirez-Ferrer's petition under 28 U.S.C. § 2255 is hereby **DISMISSED**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _____July_____ __10__, 2000.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge